IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SMITH & NEPHEW, INC.,

    Plaintiff,

VS.                          NO. 02-2873-Ma

SYNTHES (U.S.A.), ET AL.,

    Defendants.

## ORDER ON PENDING MOTION

On November 15, 2004, defendants filed a motion for leave to file replies to plaintiff's opposition to motion for summary judgment (D.E. # 193). Defendants filed their reply on November 17, 2004, (D.E. #199). All pending motions for summary judgment were resolved by the court's order entered on December 2, 2004, (D.E. #203). The motion for leave to file replies (D.E. #193) is therefore moot and is denied.

On December 13, 2004, defendants filed two motions *in limine* (D.E. #216 and D.E. #217). The motions *in limine* were resolved orally on the record during the course of the trial. The motions

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

*in limine* (D.E. #216 and D.E. #217) are, therefore, moot.

It is so ORDERED this 22nd day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 258 in case 2:02-CV-02873 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Thomas P. Scully
222 East 41st Street
New York, NY 10017

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James L. Ewing
KILPATRICK STOCKTON
1100 Peachtree St.
Ste. 2800
Atlanta, GA 30309--453

Kenneth A. Godlewski
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

James E. Conley
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Stephen E. Baskin
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

James R. Myers
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

Susan A. Cahoon
KILPATRICK STOCKTON
1100 Peachtree St.
Ste. 2800
Atlanta, GA 30309--453

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Brian M. Poissant
JONES DAY
222 East 41st St.
New York, NY 10017--670

Howard I. Shin
JONES DAY
222 East 41st St.
New York, NY 10017--670

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Brian M. Rothery
JONES DAY
222 East 41st St.
New York, NY 10017--670

Honorable Samuel Mays
US DISTRICT COURT