IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SMITH & NEPHEW, INC.,

    Plaintiff,

VS.                                   NO. 02-2873-Ma

SYNTHES (U.S.A.) AND
SYNTHES STRATEC, INC.,

    Defendants.

## ORDER DENYING MOTION AS MOOT

Before the court is defendants' November 10, 2005, motion to for permission to file a reply in further support of their motion for stay of discovery and trial concerning damages and willful infringement pending appeal. Defendants submitted their reply with the motion for leave to file and the clerk accepted and filed same on November 10, 2005, thus rendering the motion for leave to file moot. The motion is denied as moot.

It is so ORDERED this 21st day of November, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 282 in case 2:02-CV-02873 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Brian M. Rothery
JONES DAY
222 East 41st St.
New York, NY 10017--670

Stephen E. Baskin
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kenneth A. Godlewski
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew J Wu
PENNIE & EDMONDS LLP
1155 Avenue of the Americas
New York, NY 10036--271

W. Hickman Ewing
LAW OFFICE OF W. HICKMAN EWING, JR.
1500 Cobblestone Cove
Germantown, TN 38138--170

Susan A. Cahoon
KILPATRICK STOCKTON
1100 Peachtree St.
Ste. 2800
Atlanta, GA 30309--453

James E. Conley
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Howard I. Shin
JONES DAY
222 East 41st St.
New York, NY 10017--670

James L. Ewing
KILPATRICK STOCKTON
1100 Peachtree St.
Ste. 2800
Atlanta, GA 30309--453

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas P. Scully
222 East 41st Street
New York, NY 10017

Brian M. Poissant
JONES DAY
222 East 41st St.
New York, NY 10017--670

James R. Myers
KILPATRICK STOCKTON, LLP
607 Fourteenth St., N.W.
Ste. 900
Washington, DC 20005

Honorable Samuel Mays
US DISTRICT COURT